IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | CASE NUMBER 9:17-CR-00041-RC |
| v. | § | |
| | § | |
| | § | |
| TRAVARIOUS BESHARD INGRAM (1) | § | |
| | § | |

## ORDER ADOPTING AMENDED FINDINGS OF FACT AND RECOMMENDATION ON DEFENDANT'S GUILTY PLEA

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge Zack Hawthorn conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued his Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge. The magistrate judge recommended that the court accept the Defendant's guilty plea. He further recommended that the court adjudge the Defendant guilty on Counts One and Ten of the Indictment filed against the Defendant.

The parties have not objected to the magistrate judge's findings. The court **ORDERS** that the Amended Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge are **ADOPTED**. The court accepts the Defendant's plea but defers acceptance of the plea agreement until after review of the presentence report. The court **ORDERS** the Defendant's attorney to read and discuss the presentence report with the Defendant, and file any objections to the report **BEFORE** the date of the sentencing hearing.

It is further **ORDERED** that, in accordance with the Defendant's guilty plea and the magistrate judge's amended findings and recommendation, the Defendant, Travarious Beshard Ingram (1), is adjudged guilty as to Counts One and Ten of the Indictment charging violations of 21 U.S.C. § 846 (Conspiracy to Possess With Intent to Distribute Methamphetamine) and 18 U.S.C. § 924(c) (Possession of a Firearm in Furtherance of Drug Trafficking Crime).

So **ORDERED** and **SIGNED** this **10** day of **August, 2018.**

_____
Ron Clark, Senior District Judge